In the Matter of the Will of FRANK M. BAUER, Deceased.
ANNIE E. HELCK et al., Appellants.

EDNA W. BAUER, Individually et al., Respondents.

Submitted January 4, 1943; decided January 14, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   [See 289 N. Y. 326.]

In the Matter of the Estate of AMY J. EVANS, Deceased.

JANET W. HILL, Respondent; DURWARD R. EVANS, as Executor of AMY J. EVANS, Deceased, Appellant.

Argued January 4, 1943; decided January 14, 1943.

*Janet W. Hill* and *William J. Gordon* for motion.
*Howard L. Kuttner* and *Henry M. Wolfson* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.